■ SUSAN TARAKAN, Appellant, v HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent. [595 NYS2d 317] —Judgment,

Supreme Court, New York County (Karla Moskowitz, J.), entered on March 6, 1992, unanimously affirmed for the reasons stated by Moskowitz, J., without costs and without disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Kassal and Rubin, JJ.